## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):**David Dent**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

**Defendant**(s):**Lotto Sport Italia S.p.A**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Sean K Enos**
**Schmeiser, Olsen & Watts, LLP**
**18 E. University Drive, Suite 101**
**Mesa, Arizona  85201**
**(480) 655-0073**

Defendant's Atty(s):

II. Basis of Jurisdiction:             **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **3 Citizen of Foreign Country**
Defendant:- **3 Citizen of Foreign Country**

IV. Origin :             **1. Original Proceeding**

V. Nature of Suit:             **840 Trademark**

VI.Cause of Action:             **15 U.S.C. 1114(2)(D)(iv)-(v) Plaintiff is the registrant of a domain name which has been suspended, disabled, or transferred under a policy provided by the registrar thereof relating to alleged conflict with a trade or service mark claimed by the Defendant. 28 U.S.C. 2201 to establish that Plaintiff's registration and use of internet domain names is not unlawful under the Anticybersquatting Consumer Protection Act (15 U.S.C. $ 1125(d) ("ACPA"), or otherwise under the Lanham Act (15 U.S.C. $ 1051 et. seq.), and to prevent the transfer of the Domain Names to Defendant.**

VII. Requested in Complaint

                    Class Action:**No**

              Dollar Demand:

                 Jury Demand:**Yes**

VIII. This case **is not related** to another case.

---

**Signature: /jeffrey w. johnson/**

    **Date: March 3, 2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014