UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Dent | v. | Lotto Sport Italia S.p.A. |
| Honorable John W. Sedwick | | 2:17-cv-00651-JWS |
| ORDER FROM CHAMBERS | | March 8, 2017 |

_____

The assigned judge hereby recuses from presiding in this case. The Clerk of court will please assign another judge in this district by random selection.

_____