Sean Kealii Enos (#023634)
Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Dent, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Lotto Sport Italia S.p.A, an Italian Corporation,<br><br>Defendant. | Case No. CV 17-651-PHX-ROS<br><br>**PLAINTIFF'S RESPONSE TO REQUEST FOR COPYRIGHT, PATENT OR TRADEMARK INFORMATION** |

On March 6, 2017, this Court issued an order (Docket No. 4) in which it ordered Plaintiff to submit to the Clerk forms (attached with the order) including certain Copyright, Trademark and/or Patent registration information related to the present case, or, if neither form were required, to notify court of that fact and the reasons for the same.

Plaintiff hereby notifies the court that neither form is required to be filed in this case for at least the reason that, to the best of Plaintiff's knowledge, the action does not

- 1 -

involve a U.S.-registered Trademark.  More specifically, the form requested by the clerk implements 15 U.S.C. § 1116(c) which states, in pertinent part:

> "(c) Notice to Director
> It shall be the duty of the clerks of such courts within one month after the filing of any action, suit, or proceeding involving a mark registered under the provisions of this chapter to give notice thereof in writing to the Director setting forth in order so far as known the names and addresses of the litigants and the designating number or numbers of the registration or registrations upon which the action, suit, or proceeding has been brought . . ."

Under 15 U.S.C. § 1116(c), the USPTO annotates the files of marks registered under the Lanham Act, to maintain a record of litigation involving registered marks.  To the best of Plaintiff's knowledge, the instant action does not involve a mark registered under the Lanham Act.  Accordingly, the provisions of 15 USC 1116(c) are not relevant to the action.

DATED this 10th day of March, 2017.

SCHMEISER, OLSEN & WATTS LLP

By:

*/Jeffrey W. Johnson /*

Sean K. Enos
Jeffrey W. Johnson
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Attorneys for Plaintiff