IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Dent,

    Plaintiff

v.

Lotto Sport Italia SpA,

    Defendants

No.  CV-17-00651-PHX-DMF

JUDGMENT ON TAXATION OF COSTS

Final Judgment having been entered, plaintiff filed a Bill of Costs on March 20, 2020 and an Amended Bill of Costs on March 24, 2020, seeking the taxation of $2,726.90. No objection was filed. The matter has been reviewed and costs have been awarded as follows.

1. **Clerk Fees** – Pursuant to LRCiv 54.1(e)(1), the $435.00 claimed is reduced to **$400.00**. Pro Hac Vice fees are not taxable and the following claim is denied:
   - 5/5/2017 – Pro Hac Vice Applicaion fee for John Berryhill - $35.00
2. **Service Fees** – Pursuant to LRCiv 54.1(e)(1), the **$1,851.00** claimed is allowed.
3. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(2)(3), the **$440.90** claimed is allowed.

The costs are hereby taxed for the plaintiff and against the defendant in the amount of **$2,691.90.**

1
2
3   DATED this 16th day of July 2020
4   DEBRA D. LUCAS, ACTING CLERK
5
6   By: _____
7   Michael O'Brien
    Chief Deputy Clerk
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28