| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 11 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID DENT, an individual,

        Plaintiff-Appellee,

 v.

LOTTO SPORT ITALIA SPA, an Italian Corporation,

        Defendant-Appellant,

 v.

GODADDY.COM LLC, Non Party,

        Movant.

No. 20-15529

D.C. No. 2:17-cv-00651-DMF
District of Arizona,
Phoenix

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT

                                      By: Terri Haugen
                                      Deputy Clerk
                                      Ninth Circuit Rule 27-7

tah/9.7.20/Pro Mo